# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID VITEZ, MAUREEN VITEZ, DMS ENTERPRIZES, INC., : | |
| : | CIVIL ACTION NO. 3:18-1661 |
| Plaintiffs : | |
| : | (JUDGE MANNION) |
| v. : | |
| SANTANDER BANK, N.A., : | |
| Defendant : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The defendant's motion to dismiss the plaintiffs' amended complaint, **(Doc. 8)**, is **GRANTED IN PART AND DENIED IN PART**.

**(2)** The defendant's motion is granted to the extent that the plaintiffs' breach of contract claims in Counts IV, V, and VI are **DISMISSED WITH PREJUDICE**.

**(3)** The defendant's motion to dismiss is **DENIED IN ALL OTHER RESPECTS**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 10, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-1661-01-ORDER.wpd